```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                       JACKSONVILLE DIVISION
```

CLYDE BUSH, JR.,

    Plaintiff,

vs.                                    CASE NO. 3:07-cv-90-J-32HTS

AARON'S RENTS, INC.,

    Defendant.

_____

### **O R D E R**

This cause is before the Court on Plaintiff['s] Motion to Request for Relief for Second Complaint for Discrimination Claim in Relation to Original Complaint (Doc. #13; Second Motion to Amend), filed on April 4, 2007.

Under Rule 15(a), Federal Rules of Civil Procedure, "[a] party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served . . . . Otherwise a party may amend the party's pleading only by leave of court or by written consent of the adverse party; and leave shall be freely given when justice so requires." In this case, Defendant filed a responsive pleading to the Discrimination Complaint (Doc. #1; Complaint) on March 9, 2007. *See* Answer and Defenses of Defendant

to Plaintiff's Complaint (Doc. #9). Thereafter, on March 20, 2007, Plaintiff filed an amended complaint (Doc. #10; First Amended Complaint) without obtaining advance leave from the Court or written consent of Defendant. He subsequently filed the Motion Requesting Amend to Initial Complaint (Doc. #12; First Motion to Amend) on March 27, 2007, seeking "leave of the court to amend [the] complaint . . . to include . . . matters that are related to the timely filed original plea[d]ing." First Motion to Amend at 1. The next day, Defendant's Motion to Strike Plaintiff's Amended Complaint (Doc. #11; First Motion to Strike) was filed. On April 4, 2007, before the First Motion to Amend was ruled on, Mr. Bush again moved to amend the Complaint. *See* Second Motion to Amend. Defendant moved to strike the Second Motion to Amend on April 11, 2007. *See* Defendant's Motion to Strike Plaintiff's Motion to Request for Relief for Second Complaint for Discrimination Claim in Relation to Original Complaint (Doc. #14; Second Motion to Strike).

The Court finding no undue delay, prejudice, or dilatory motive, the Second Motion to Amend (Doc. #13) is **GRANTED** and Plaintiff shall have eleven (11) days from the date of this Order to file a self-contained amended complaint. The amended complaint should not refer back to or incorporate any other previously filed documents and should contain facts and allegations that adhere to the requirements of Rule 8(a), Federal Rules of Civil Procedure, including the need for "a short and plain statement of the claim showing that the pleader is entitled to relief[.]"

In keeping with the foregoing, the First Motion to Amend (Doc. #12), First Motion to Strike (Doc. #11), and Second Motion to Strike (Doc. #14) are **DENIED** as **MOOT**.  Plaintiff shall ensure that all future filings are made in compliance with Rule 3.01(g), Local Rules, United States District Court, Middle District of Florida. Failure to do so may result in the noncompliant documents being stricken.

**DONE AND ORDERED** at Jacksonville, Florida, this 8th day of May, 2007.

/s/        Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE


Copies to:

Counsel of Record
    and pro se parties, if any